FILED

06/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0081

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0081

_____

JAMES C. WANGERIN, CPA,

  Petitioner and Appellant,

 v.              O R D E R

STATE OF MONTANA, DEPARTMENT OF
REVENUE,

  Respondent and Appellee.

_____

  Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

  The Clerk is directed to provide a copy hereof to James C. Wangerin, to all counsel of record, and to the Honorable Ray Dayton, District Judge.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 29 2022